Douglas D. Phelps
phelps@phelpslaw1.com
Phelps & Associates, P.S.
2903 N. Stout Road
Spokane, WA 99206
Phone: (509)892-0467
Fax: (509)921-0802
ISBA # 4755

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEITH W. RABIDUE, a single person,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF BONNER, BONNER COUNTY DEPUTY SHERIFF CHRIS BONNER, DEPUTY STEVE CARL and K-9 KAI, SARGEANT T. REYNOLDS, DEPUTY D. OSBORN, DEPUTY JOHNSON, DEPUTY J. THOMPSON, DEPUTY S. WERGER., CITY OF PRIEST RIVER and PRIEST RIVER OFFICER TANNER BODIE,<br><br>Defendants. | Case No. 2:20-CV-00529<br><br>**AFFIDAVIT OF DOUGLAS D. PHELPS IN SUPPORT OF MOTION TO SET BOND UNDER IDAHO CODE § 6-610** |

STATE OF WASHINGTON    )
                       ) ss
County of SPOKANE      )

I swear under oath:

1. My name is Douglas D. Phelps, and I am the attorney of record for the

plaintiff in the above-captioned matter.

2. The plaintiff Keith W. Rabidue has provided his financial statement in the form of the District Court's Application to Proceed (Long form).

3. Attached hereto as **Exhibit A** is a true and correct copy of the Application to Proceed in District Court (Long form).

4. Plaintiff does not have large income and he carries significant obligations and debts, such that he would be unable to pay for or post a significant pre-filing bond.

5. I have been advised by various bonding companies that they will not provide a bond without a court order setting the amount of the bond.

Dated this 12th day of November, 2020.

_____
Douglas D. Phelps, ISBA#4755

SUBSCRIBED AND SWORN to before me this 12th day of November, 2020.

_____
NOTARY PUBLIC in and for the
State of Washington,
Residing in Spokane, Washington
My Commission expires: 06/15/2021

AFFIDAVIT OF DOUGLAS D. PHELPS IN
SUPPORT OF MOTION TO SET BOND
UNDER IDAHO CODE § 6-610 - 2