# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| KEITH RABIDUE, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF BONNER, BONNER COUNTY DEPUTY SHERIFF CHRIS BONNER, DEPUTY STEVE CARL and K-9 KAI, SARGEANT T. REYNOLDS, DEPUTY D. OSBORN, DEPUTY JOHNSON, DEPUTY J. THOMPSON, DEPUTY S. WERGER, CITY OF PRIEST RIVER, AND PRIEST RIVER OFFICER TANNER BODIE,<br><br>Defendants, | Case No.: 2:20-cv-00529-REB<br><br>**ORDER OF REASSIGNMENT** |

The above-entitled action was initiated on November 19, 2020 (with the filing of Plaintiff's Complaint) and was immediately assigned to the undersigned United States Magistrate Judge. (Dkt. 1). On November 30, 2020, Plaintiff filed a Motion to Set Bond Under Idaho Code § 6-610 (the "Motion"). (Dkt. 4). The undersigned granted the Motion on December 28, 2020, setting the bond amount at $300.00 and ordering Plaintiff to secure and post a bond in the sum of $300.00 pursuant to Idaho Code § 6-610 within 21 days. (Dkt. 5). The docket reflects the Court's receipt of $300.00 on January 19, 2021.

Typically, motions to set bond are filed at the outset of actions. *See, e.g.*, I.C. § 6-610(2). When such a filing is made, the District's internal protocol – informed as it is by legal authority addressing the jurisdiction of a U.S. Magistrate Judge and the related consent process – requires the assignment of the action/motion to a U.S. District Judge; once the motion is resolved and upon the filing of any eventual Complaint, the action is then placed back "on the wheel" for assignment to any of the judges within the District (and, if assigned to a U.S. Magistrate Judge, the initiation of the District's consent process).

**ORDER OF REASSIGNMENT - 1**

In this case, however, this protocol was not followed, owing to a combination of events, including (1) Plaintiff's Complaint preceding the Motion; (2) the action being originally assigned to the undersigned after the Complaint was filed, but before the Motion was filed; and (3) the Motion not reflecting the proper "event" that would have otherwise triggered the need for reassignment without the parties' consent to proceed before a U.S. Magistrate Judge. As a result of these circumstances, and because not all parties have consented to the jurisdiction of this Court for all purposes as required by 28 U.S.C. § 636, FRCP 73, IT IS HEREBY ORDERED that

1. The Clerk of Court shall reassign this matter to a U.S. District Judge. *See Williams v. King*, 875 F.3d 500 (9th Cir. 2017); 28 U.S.C. § 636; FRCP 73.

2. The Motion to Set Bond Under Idaho Code § 6-610 (Dkt. 4) is re-instated for the U.S. District Judge's consideration. Once resolved and upon the (re)filing of the Complaint (or any such other ordered procedure), the action will be formally assigned to a judge within the District.

3. The undersigned's December 28, 2020 Order (Dkt. 5) is stricken/mooted.

4. The already-received $300.00 will be kept on deposit, pending the U.S. District Judge's resolution of the Motion to Set Bond Under Idaho Code § 6-610 (Dkt. 4); said amount will be credited/refunded as may be necessary.

DATED: February 12, 2021

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF REASSIGNMENT - 2**