Kutak Rock LLP
Heather C. Yakely, ISB #6970
heather.yakely@kutakrock.com
510 W. Riverside Ave., Suite 800
Spokane, Washington 99201-0506
Telephone: (509) 747-4040

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

KEITH W. RABIDUE, a single person,

        Plaintiff,

  v.

COUNTY OF BONNER, BONNER COUNTY DEPUTY SHERIFF CHRIS BONNER DEPUTY, STEVE CARL and K-9 KAI, SARGEANT T. REYNOLDS, DEPUTY D. OSBORN, DEPUTY JOHNSON, DEPUTY J. THOMPSON, DEPUTY S. WERGER, CITY OF PRIEST RIVER and PRIEST RIVER OFFICER TANNER BODIE,

        Defendants.

Case No. 2:20-cv-00529

NOTICE OF APPEARANCE FOR DEFENDANTS

TO:     CLERK OF THE COURT;

AND TO:     PLAINTIFF and DOUGLAS D. PHELPS, attorney for Plaintiff.

    COMES NOW Defendants, COUNTY OF BONNER, BONNER COUNTY DEPUTY SHERIFF CHRIS BONNER, DEPUTY STEVE CARL and K-9 KAI, SARGEANT T. REYNOLDS, DEPUTY D. OSBORN, DEPUTY JOHNSON, DEPUTY J. THOMPSON, DEPUTY S. WERGER, CITY OF PRIEST RIVER and PRIEST RIVER OFFICER TANNER BODIE, and herewith enters an appearance in the above-entitled action through HEATHER C.

NOTICE OF APPEARANCE FOR DEFENDANTS -1

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 W. Riverside Ave., Ste. 800
Spokane, Washington 99201-0506
(509) 747-4040

1 YAKELY, of KUTAK ROCK LLP, attorneys of record, and requests that all further pleadings
2 herein, exclusive of process, be served upon said attorneys at her office address stated below.

3 The Defendants hereby specifically reserve all defenses as to lack of jurisdiction, improper venue, insufficiency of process or any other defenses available to these Defendants.

Dated: March 9, 2021

KUTAK ROCK LLP

By: __s/ Heather C. Yakely__
Heather C. Yakely, ISB # 6970

Attorneys for Defendants

NOTICE OF APPEARANCE FOR DEFENDANTS -2

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 W. Riverside Ave., Ste. 800
Spokane, Washington 99201-0506
(509) 747-4040

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2021, I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Douglas D. Phelps

                                  KUTAK ROCK LLP

                                  By    s/ Heather C. Yakely
                                  Heather C. Yakely, #6970
                                  Attorneys for Defendants
                                  Kutak Rock, LLP
                                  510 W. Riverside Ave., Ste. 800
                                  Spokane, WA 99201
                                  (509) 747-4040
                                  (509) 747-4545 facsimile
                                  Heather.Yakely@kutakrock.com

NOTICE OF APPEARANCE FOR DEFENDANTS -3

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 W. Riverside Ave., Ste. 800
Spokane, Washington 99201-0506
(509) 747-4040