Kutak Rock LLP
Heather C. Yakely, ISB #6970
heather.yakely@kutakrock.com
510 W. Riverside Ave., Suite 800
Spokane, Washington 99201-0506
Telephone:   (509) 747-4040

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

KEITH W. RABIDUE, a single person,

    Plaintiff,

 v.

COUNTY OF BONNER, BONNER COUNTY DEPUTY SHERIFF CHRIS BONNER DEPUTY, STEVE CARL and K-9 KAI, SARGEANT T. REYNOLDS, DEPUTY D. OSBORN, DEPUTY JOHNSON, DEPUTY J. THOMPSON, DEPUTY S. WERGER, CITY OF PRIEST RIVER and PRIEST RIVER OFFICER TANNER BODIE,

    Defendants.

Case No. 2:20-cv-00529

NOTICE OF APPEARANCE BY HEATHER C. YAKELY

TO:  CLERK OF THE COURT;

AND TO: PLAINTIFF and DOUGLAS D. PHELPS, attorney for Plaintiff.

  COMES NOW Defendants, COUNTY OF BONNER, BONNER COUNTY DEPUTY SHERIFF CHRIS BONNER, DEPUTY STEVE CARL and K-9 KAI, SERGEANT T. REYNOLDS, DEPUTY D. OSBORN, DEPUTY JOHNSON, DEPUTY J. THOMPSON and DEPUTY S. WERGER and herewith enters an appearance in the above-entitled action through HEATHER C. YAKELY, of KUTAK ROCK LLP, attorneys of record, and requests that all

NOTICE OF APPEARANCE BY HEATHER C. YAKELY -1

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 W. Riverside Ave., Ste. 800
Spokane, Washington 99201-0506
(509) 747-4040

further pleadings herein, exclusive of process, be served upon said attorneys at her office address stated below.

The above identified Defendants hereby specifically reserve all defenses as to lack of jurisdiction, improper venue, insufficiency of process or any other defenses available to these Defendants.

Dated: March 16, 2021

KUTAK ROCK LLP

By: s/ Heather C. Yakely
Heather C. Yakely, ISB # 6970

Attorneys for Defendants County of Bonner, Bonner County Deputy Sheriff Chris Bonner, Deputy Steve Carl and K-9 Kai, Sergeant T. Reynolds, Deputy D. Osborn, Deputy Johnson, Deputy J. Thompson and Deputy S. Werger

NOTICE OF APPEARANCE BY HEATHER C. YAKELY -2

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 W. Riverside Ave., Ste. 800
Spokane, Washington 99201-0506
(509) 747-4040

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Douglas D. Phelps

Peter C. Erbland

                                       KUTAK ROCK LLP

                                       By    s/ Heather C. Yakely
                                       Heather C. Yakely, #6970
                                       Attorneys for Defendants
                                       Kutak Rock, LLP
                                       510 W. Riverside Ave., Ste. 800
                                       Spokane, WA 99201
                                       (509) 747-4040
                                       (509) 747-4545 facsimile
                                       Heather.Yakely@kutakrock.com

NOTICE OF APPEARANCE BY HEATHER C. YAKELY -3

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 W. Riverside Ave., Ste. 800
Spokane, Washington 99201-0506
(509) 747-4040